**Order entered June 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01313-CV

### INSURANCE ALLIANCE, Appellant

### V.

### LAKE TEXOMA HIGHPORT, LLC, ET AL.,  Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The Court has before it appellee Lake Texoma Highport, LLC's June 11, 2013 unopposed motion for extension of time to file brief.  The Court **GRANTS** the motion and **ORDERS** Lake Texoma Highport, LLC to file its brief by July 18, 2013.  No further extensions of time will be granted without a showing of exceptional circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE